**[J-23-2019]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | 44 MAP 2018 |
| | : | |
| Appellee | : | Appeal from the Order of the Superior |
| | : | Court at No. 930 MDA 2014 dated 2/12/18 |
| | : | affirming the judgment of sentence of the |
| v. | : | Bradford County Court of Common Pleas, |
| | : | Criminal Division, at No. CP-08-CR- |
| | : | 0000580-2013 dated 5/13/14 |
| RICHARD ARDEN REDMAN, | : | |
| | : | Argued:  April 9, 2019 |
| Appellant | : | |

**ORDER**

**PER CURIAM**                                        **DECIDED:  July 18, 2019**

AND NOW, this 18th day of July, 2019, this appeal is dismissed as having been improvidently granted.